DAVID W. HITTLE, OSB #74142
3040 Commercial Street SE
Suite 200
Salem, OR 97302
Tel.: (503)371-3844
Fax.: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENISE RIVERA

                Plaintiff,

v

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,
                Defendant.

Civil No. 6:12-cv-02132-MO

ORDER FOR EAJA FEES

Based upon the Stipulated Application it is hereby ORDERED that

Plainitff is awarded attorney fees in the amount of $3,963.90 under the

Equal Access to Justice Act 28 U.S.C. §2412, pursuant to 28 U.S.C. §1920.

DATED this  21  day of January 2014.

                /s/Michael W. Mosman
                UNITED STATES JUDGE

Presented by:

/s/ David W. Hittle
DAVID W. HITTLE, OSB# 74142
Attorney for Plaintiff Denise Rivera


/s/ John C. LaMont
JOHN C. LaMONT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration